KEVIN A. BOVE (149675)
Attorney at Law
117 North Broadway
Escondido, CA 92025
(760) 735-2900

Attorney for Plaintiff
Francisco Javier Gonzalez-Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRANCISCO JAVIER GONZALEZ-GARCIA,

    Plaintiff,

v.

EMILIO GONZALEZ, Director,
United States Citizenship & Immigration Services;
and, PAUL PIERRE, Director, San Diego District
Office, United States Citizenship & Immigration
Services,

    Defendants.

Case No. '08 CV 0147 LAB CAB

COMPLAINT FOR RELIEF
IN THE NATURE OF MANDAMUS

Francisco Javier Gonzalez-Garcia ("Plaintiff") hereby alleges as follows:

1. Plaintiff resides within the jurisdiction of this court and is an applicant for lawful permanent residence in the United States under the Immigration & Nationality Act, 8 U.S.C. § 1101 et seq.

2. Defendant Emilio Gonzalez is the Director of United States Citizenship & Immigration Services ("USCIS"), an agency of the United States Government, and is sued in this official capacity only.

3. Defendant Paul Pierre is the Director of the San Diego District Office of United States Citizenship & Immigration Services, an agency of the United States Government, and is sued in this official capacity only.

4. The court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, 28 U.S.C. § 1651, 5 U.S.C. § 701 et seq. and 28 U.S.C. § 2201 et seq. and relief is requested pursuant to these statutes.

## CAUSE OF ACTION

**(Failure to Adjudicate I-485 Application to Adjust Status)**

5. On April 11, 2006, Plaintiff filed with USCIS San Diego an I-485 application to adjust his status to that of a lawful permanent resident of the United States.[1]

6. USCIS has still not adjudicated the I-485 application.

7. Defendants' failure to adjudicate the I-485 application is not in accordance with law.

8. Plaintiff is damaged by Defendants' failure to act in accordance with law inasmuch as he is being denied lawful permanent resident status in the United States.

WHEREFORE, Plaintiff respectfully requests that the court enter judgment as follows:

1. That Defendants be ordered to adjudicate the aforementioned I-485 application;

2. For reasonable attorneys fees and costs; and

3. Granting such other and further relief as the court deems just and proper.

DATED: January 24, 2008

*[signature]*

KEVIN A. BOVE
Attorney for Plaintiff
Francisco Javier Gonzalez-Garcia

---

[1] Exhibit A (USCIS Receipt Notice).

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-194-27519 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|
| Received Date: April 11, 2006 | Priority Date: | Applicant: A096811765  GONZALEZ GARCIA, FRANCISCO |
| Notice Date: April 17, 2006 | Page 1 OF 1 | ASC Code: 3 |

KEVIN BOVE
117 NORTH BROADWAY
ESCONDIDO CA 92025

Notice Type: Receipt Notice

Amount Received: $1,395.00

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283





A

5177211   0003239801   Form I-797C (Rev. 01/31/05) N

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
FRANCISCO JAVIER GONZALEZ-GARCIA

**DEFENDANTS**
EMILIO GONZALEZ et al.

FILED
2008 JAN 24 PM 3:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
KEVIN A. BOVE (149675)
117 N. Broadway
Escondido CA 92025  (760) 735-2900

Attorneys (If Known)
'08 CV 0147 LAB CAB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☒ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
MANDAMUS 28 USC 1361

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): None
JUDGE _____
DOCKET NUMBER _____

DATE: 1/24/08
SIGNATURE OF ATTORNEY OF RECORD: KBove

**FOR OFFICE USE ONLY**
RECEIPT # 146832  AMOUNT $350 — 1/24/08 KH  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

```
        UNITED STATES
        DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

      #  146832    -  BH

      January 24, 2008
          15:23:21


        Civ Fil Non-Pris
USAO #.: 08CV0147 CIVIL FILING
Judge..: LARRY A BURNS
Amount.:                $350.00 CK
Check#.: BC# 3658



   Total->  $350.00



FROM: GONZALEZ-GARCIA V. GONZALEZ ET
      CIVIL FILING
```