Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FRANCISCO JAVIER GONZALEZ-GARCIA, Plaintiff,

vs

EMILIO GONZALEZ, Director, United States Citizenship & Immigration Services; and PAUL PIERRE, Director, San Diego District Office, United States Citizenship & Immigration Services,

Defendants.

FILED
2008 JAN 24  PM 3: 14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

Case No. _____BY_____DEPUTY

'08 CV 0147 LAB CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kevin A. Bové
Attorney at Law
117 N. Broadway
Escondido CA  92025
(760) 735-2900

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

By _____, Deputy Clerk

JAN 2 4 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)