```
 1  KAREN P. HEWITT
    United States Attorney
 2  MEGAN CALLAN
    Assistant U.S. Attorney
 3  California State Bar No. 230329
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7120
    Facsimile: (619) 557-5004
 6  E-mail: Megan.Callan@usdoj.gov

 7  Counsel for Defendants
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FRANCISCO JAVIER GONZALEZ-GARCIA, | ) | Civil No. 08cv0147-LAB (CAB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION TO DISMISS ACTION AS MOOT |
| EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services; and PAUL PIERRE, District Director, U.S. Citizenship & Immigration Services, | ) | [Fed.R.Civ.P. 41(a)] |
| Defendants. | ) | |

COME NOW THE PARTIES, Plaintiff Francisco Javier Gonzalez-Garcia, by and through his counsel, Kevin A. Bove, and Defendants Emilio Gonzalez and Paul Pierre, by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to dismiss this action as moot.

The parties agree that Plaintiff's complaint is now moot. The parties have resolved the matters alleged in Plaintiff's complaint, and the parties agreed that the above-captioned case should be dismissed in its entirety. It was further agreed that each party will bear its own attorneys' fees and costs of suit.

//
//
//

    Under Fed. R. Civ. P. 41(a)(ii), all parties now move by stipulation for dismissal of the complaint as moot. Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing the action.

DATED: March 21, 2008

*[signature]*
Counsel for Plaintiff
E-mail: Kcvinbove@aol.com

DATED: March 18, 2008

KAREN P. HEWITT
United States Attorney

s/ Megan Callan
Assistant U. S. Attorney
E-Mail: Megan.Callan@usdoj.gov

Counsel for Defendants

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | MEGAN CALLAN<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 230329<br>Office of the U.S. Attorney |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7120<br>Facsimile: (619) 557-5004 |
| 6 | E-mail: Megan.Callan@usdoj.gov |
| 7 | Counsel for Defendants |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO JAVIER GONZALEZ-GARCIA, | ) | Civil No. 08cv0147-LAB (CAB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| EMILIO GONZALEZ, Director, U.S. Citizenship & | ) | |
| Immigration Services; and PAUL PIERRE, | ) | |
| District Director, U.S. Citizenship & Immigration | ) | |
| Services, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

1)   JOINT MOTION TO DISMISS ACTION AS MOOT

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Kevin A. Bove
Counsel for Plaintiff
E-Mail: kevinbove@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2008.

                                                s/ Megan Callan
                                                Megan Callan