UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER GONZALEZ-GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services; and PAUL PIERRE, District Director, U.S. Citizenship & Immigration Services,<br><br>    Defendants. | Civil No. 08cv0147-LAB (CAB)<br><br>ORDER GRANTING<br>JOINT MOTION TO DISMISS<br>ACTION AS MOOT<br><br>[Doc. No. 3] |

Having considered the parties' Joint Motion to Dismiss Action As Moot (Docket No. 3) and finding the joint motion meritorious, the Court **GRANTS** the motion and ORDERS, under Federal Rule of Civil Procedure 41(a), that the above-numbered case is **DISMISSED AS MOOT** in its entirety.   Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: March 21, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge